IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RENEE A WULF,<br><br>            Plaintiff,<br><br>vs.<br><br>DIXON CONSTRUCTION CO., INC.,<br>JOSEPH LEEKLEY,<br><br>            Defendants. | **8:14CV34**<br><br>**ORDER** |

IT IS ORDERED:

The motion to permit Timothy R. Hook of Engles, Ketcham, Olson & Keith, P.C., to withdraw from representation of Defendants, Dixon Construction Co., Inc. and Joseph Leekley, (filing no. 31), is granted.

Dated this 6th day of August, 2014.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge