IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RENEE A WULF, | ) | 8:14CV34 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DIXON CONSTRUCTION CO., INC., *et al.*, | ) ) | |
| Defendants. | ) ) | |

IT IS ORDERED:

1. Filing No. 127, treated as a motion, is granted, and all claims alleged by Dixon Construction Co., Inc., and Joseph Leekley against Hendrickson USA, LLC, are dismissed without prejudice.

2. Filing No. 129, treated as a motion, is granted, and all claims alleged by Renee A. Wulf against Hendrickson USA, LLC, are dismissed without prejudice.

3. The cross-claim filed by Hendrickson USA, LLC, against Dixon Construction Co., Inc., and Joseph Leekley is rendered moot, and is dismissed without prejudice.

4. Hendrickson USA, LLC, shall no longer be a party to this action, which shall continue as between the remaining parties.

DATED this 21st day of October, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge