IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RENEE A WULF, | ) | 8:14CV34 |
| --- | --- | --- |
| Plaintiff, | ) | |
| v. | ) | ORDER |
| DIXON CONSTRUCTION CO., INC., JOSEPH LEEKLEY, SUMMIT TRUCK EQUIPMENT, LLC, and TRAIL KING INDUSTRIES, INC., | ) | |
| Defendants. | ) | |

IT IS ORDERED that the motion for extension of time filed by Defendants Dixon Construction Co. and Joseph Leekley (filing 150) is granted, and they shall have until December 28, 2015, to respond to Defendant Trail King Industries' motion to exclude (filing 146).

DATED this 10th day of December, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge