IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RENEE A WULF, | ) | 8:14CV34 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| DIXON CONSTRUCTION CO., INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

IT IS ORDERED that defendants' motion to extend (filing 154) is granted. Defendants Dixon Construction Co., Inc., and Joseph Leekley will have until December 29, 2015, to respond to Defendant Trail King Industries, Inc.'s *Daubert* motion (filing 146).

DATED this 29th day of December, 2015.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge